**Henry Kaufman, Appellant, v. Melvin Goldman et al., Appellees.**

**Gen. No. 46,616.** <span style="background:black"> </span>

First District, Third Division.

May 11, 1955.

Released for publication June 8, 1955.

Jerome H. Stein, for appellant; H. J. Rosenberg, of counsel; Melvin L. Goldman, for appellees. Opinion by JUSTICE LEWE. **Not to be published in full.**